# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:03CR00067 |
| JOHN C. GOLDEN, JR. ) | JUDGE WALTER H. RICE |
| ) | |

## ORDER

Based on information provided by the United States Probation Office, it is hereby the order of the Court that the contraband, specifically a Samsung Galaxy smartphone, seized by the U.S. Probation Office on January 16, 2020, be examined by the Federal Bureau of Investigation (FBI).

So Ordered:

Dated this 2³ᵈ day of January, 2020

_____
The Honorable Walter H. Rice,
United States District Court Judge


CC: Cheryll Bennett, Defense Counsel
      Laura Clemmens, United States Attorney's Office
      Chris Owens, United States Probation Office